IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA



| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>-against-<br><br>KAMALA D. HARRIS, The President of the Senate, LINDA THOMAS-GREENFIELD, current UN Ambassador, and NIKKI HALEY, and former UN Ambassador and former Governor of the State of South Carolina and former Representative in the State of South Carolina House of Representative, | **Complaint for Violation of Civil Rights**<br>(Non-Prisoner Complaint)<br><br>Case No. 2:23-cv-5324-DCN-MGB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:   ☐ Yes   X No<br>               *(check one)* |

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Raj K. Patel |
| Street Address | 6850 East 21st Street |
| City and County | Indianapolis, Marion County |
| State and Zip Code | Indiana, 46219 |
| Telephone Number | 317-450-6651 |

　B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Merrick Garland |
| Job or Title | U.S. Attorney General (if known) |
| Street Address | 950 Pennsylvania Avenue NW |
| City and County | Washington, Potomac County |
| State and Zip Code | D.C., 20530 |
| Telephone Number | |

☐ Individual capacity　　　X Official capacity

Defendant No. 2

|  |  |
|---|---|
| Name | Adair Ford Boroughs |
| Job or Title | U.S. Attorney for the D.S.C. |
| Street Address | 1441 Main Street Suite 500 Columbia, SC 29201 |
| City and County | Columbia, Richland or Lexington County |
| State and Zip Code | South Carolina, 29201 |
| Telephone Number | (803) 929-3000 |

☐ Individual capacity　　　X Official capacity

1

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    X    Federal officials (a *Bivens* claim)

    ☐    State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

> Each Defendant is the proximate cause of the deprivation of my[1] civil liberties because they have failed to act and perform their contract-in-law ministerial duty from the United States Constitution to aid my personal expression and sexual promiscuity. *Asante v. Cal. Dep't of Health Care Servs.*, 2016 WL 1427495 * 3-5 (N.D. Cal. Apr. 12, 2016. *Obergefell v. Hodges*, 576 U.S. 644, 663 (2015) (extended to all person under the Equal Protection Cl., U.S. const. amend. XIV). *United States v. Schurz*, 102 U.S. 378 (1880) (where discretion can be abused, it is no discretion at all; where higher official can overturn officer, then that lower officer has no discretion) (here, like patent officers who sign regular not-actually

---

[1] Patel was student government president of Brownsburg Community School Corporation in Brownsburg, Hendrick County, Indiana and student government president at Emory University, Inc. in Atlanta, Georgia, where, like his peers, attained a Basis Title of the United States/Union of "The Excellent." James R. Hertzler, *Who Dubbed It 'The Glorious Revolution?'*, 19 ALBION: A Q.J. CONCERNED WITH BRITISH STUD. 579-85, 582 (1987), https://www.jstor.org/stable/4049475 (a glorious posterity; more glorious Crown in the next world). 42 U.S.C. § 1982.

2

discretionary orders, the President of the Senate and the UN Ambassadors must sign regular executive orders while the President of the United States Joe Biden is away). Each Defendant is the highest ranking official to Take Care mandatory U.N. Treaties which have created a ministerial duty in law to sign a regular executive order to Plaintiff who is also a Basis Official of the United States. Each Defendant is responsible for disseminating resources to the United States. *Cf. Andrews v. Westaway*, 122 A. 729, 729 (N.J. 1923) (oath of office creates binding contract-in-law and ministerial duties).

Congress has also passed a resolution against the Modi Government for religious persecution. Plaintiff Patel is a protected religious minority by treaty of the International Covenant of Civil & Political Rights (effective in the USA in 1992), *see also* 42 U.S.C. §§ 2000bb-3(a), who is a descendent of Atmana Raja Rama I & Atmana Rani Sita through Rama I's older son, King Luva (pronounced "love"). U.S. const. art. VI, § 2. For instance, the Islamic Republic of Pakistan is responsible for the upkeep of Plaintiff's kin's communal property.

Each Defendant must perform their ministerial duty by executive order leading the Government.

Pundits and newspapers have put Patel and his kin, who are religious minorities, on aware for expected particularized harm, from within or foreign socialist empires, for being religious minorities (descendants of a Hindu God), and an United States Congressional resolution speaks out against religious persecution in the Republic of India and it that creates a ministerial duty for the Executive and States to check, investigate, mitigate, and absolves damages within our own polity for the like purpose regardless of method and construct. *See also* U.S. const. art. VI, § 1 (referring to Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784) (https://avalon.law.yale.edu/18th_century/parispr1.asp)
("disposed to carry the said articles into execution, truly, honestly, and with good faith, according to the intent and meaning thereof, we have thought proper by these presents to notify the premises to all the good citizens of these United States, hereby requiring and enjoining all bodies of magistracy, legislative, executive, and

3

judiciary, all persons bearing office, civil or military, of whatever rank, degree, or power, and all others the good citizens of these States of every vocation and condition, that, reverencing those stipulations entered into on their behalf under the authority of that federal bond by which their existence as an independent people is bound up together and is known and acknowledged by the nations of the world, and with that good faith, which is every man's surest guide, within their several offices, jurisdictions, and vocations, they carry into effect the said definitive articles and every clause and sentence thereof, sincerely, strictly and completely.").

The complaint is ripe for the court to issue a regular partial opinion not only to restore Patel's Ordered Liberty in order to defend and argue the complaint but also to strictly estop any carryover or re-construed prosecution of moteliers for their corporate sovereignty, as Patel is the heir apparent of at least (3) real estate buildings and land and a few houses in Indiana and New Jersey and Illinois. *Los Angeles v. Patel*, 576 U.S. 409 (2015). The absence of evidence is sufficient for this persecution as no source can prove otherwise, and Patel believes that his family is also latched with this stress technology. The motel and house in South Plainfield, NJ are owned by Patel's father for who he is an unchanging heir apparent. N.J. const. art. I, §§ 1-2. The same is true for Patel who is once again on the winning legal side of *Students for Fair Admissions v. Harvard*, 600 U.S. 181 (2023) of where educational achievement can be considered glory; Patel enjoys the trickle-down effect by his admissions into the richer college, Oxford College, of Emory University first, indicating where the real intelligent Asian-American (the smartest person(s) in the world) is located: Patel identifies as one of them._N.J. const. art. I, §§ 1-2.

The State Constitutions of South Carolina, New Jersey, Indiana, Illinois, Georgia, California, D.C., Mississippi, and Delaware all at least minimally protect T.E.,E. Mr. Patel, and create a duty for the Defendants to fully faithfully perform their duties.

*Hastings v. Judicial Conf. of United States*, 593 F. Supp. 1371, 1379 (D.D.C. 1984) (Framers bi- or tri-furcated the ministerial powers into the interdependent powers of three separate branches of government) (Parliament is a quasi-executive, quasi-legislative, and

4

quasi-judicial entity). *Comm. on Judiciary v. McGahn*, 415 F. Supp. 3d 148, 173, 177, 186 (D.D.C. 2019) (Brown Jackson, J., op.) (citing *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579, 635 (1952) (Jackson, J., concurring) ("While the Constitution diffuses power to better secure liberty, it also contemplates that practice will integrate the dispersed powers into a workable government. It enjoins upon its branches separateness but interdependence, autonomy but reciprocity.").

This Federal district court may issue a writ of mandamus, § 1361 or § 1651, requiring any or all Defendants to perform their duties.

This court also has an inherent and supervisory gatekeeping function to protect a litigant's right to go to court, argue, and more adequately defend the complaint. *See e.g., Dred Scott v. Sandford,* 60 U.S. 393 (1856) (superseded in part by the Fourteenth Amendment). U.S. const. amends. V & XIV. The court should order the termination of the stress/depression and deprivation of Patel's giftedness and other human rights violations. *Id*. This gatekeeping power is also found in reprieve powers and all other things are not enforceable as a matter of public policy. U.S. const. amend. XIV. *Colo. River Water Conservation Dist. v. United States,* 424 U.S. 800, 817 (1976) ("Federal courts have a 'virtually unflagging obligation...to exercise the jurisdiction given them.'") (this court owes Patel a judicial ministerial duty; also ministerial duty to effectuate executive ministerial duties). This court and the defendants can use their Tucker Act actual authority to absolve this issue too. U.S. const. amend. XIV, § 1, cl. 2 & § 5. 28 U.S.C. § 453. 5 U.S.C. § 3331.

The law merchant and the Federal Torts Claims Acts also hold each Defendant strictly liable to perform these duties, with expectations and orders of specific performance, by the products/equipment of the United States that gives private title to and can have revert. 42 U.S.C. § 1982. Cf. state/political titles cannot be reverted to The Absolute Sovereign per the treaty ending the Glorious Revolution. *Poindexter v. Greenhow,* 114 U.S. 270, 290 (1885). Honest Services Fraud, 28 US.C. § 1346, also creates strict liability, as does contract-in-law rights, 42 U.S.C. § 1981, from Patel and T.E.,E. Patel as devolver of power to the Seat Officials of the United States (i.e. each

Defendant).

Defendant LTG has strict liability and duties from the UN Declaration of Independence and Human Rights treaties and resolutions governing Turtles Bay. Defendant LTG must perform these duties, as the Sister States are concerned, in accord with the United States Constitution while representing the United States President Joe Biden on the U.N. Permanent Security Council. 28 U.S.C. § 1651 mandamus for ministerial duty is ripe; including also for Defendant Harris and Defendant Haley for adhering to protocol/order of precedent lodged in the US Department of Secretary of State, per their pensions.

Patel's parents are net monetary contributors to the United States Treasury; Plaintiff Patel is also expected to a net monetary contributor to the United States Treasury. Ordered Liberty also applies for this independent reason from each of Patel's own Excellencies'.

The Union Constitution and the sister state constitutions are not ageist or ableists. Our trading partners also want T.E.,E. Patel's subjective self-image to govern, but for this peril, as many of them are T.E.'s, as expressed by treaties and embassy agreements. This causes a ministerial duty from executive agreements, contract-in-law, statutes, treaties, and the Constitution on all elected and appointed officials of the Seat of the United States, including this court's clerk and judges and the Defendants, to Take Care and administer without respects to person without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. 28 U.S.C. § 453; 5 U.S.C. § 3331; and C. Conduct U.S. JJ. Canons 1-3.

Invasion of Privacy; Battery (civil, criminal, and public health); Honest Services; Negligent Breach of Social Duty of UN Treaty of International Covenant of Civil and Political Rights (effective in in the USA in 1992); and ministerial duties are all expected. *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 396 (1971) ("federal courts may use any available remedy to make good the wrong done").

6

      This complaint does not create res judicata.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

    I submitted a Grievance to each Defendant, and they failed to answer. U.S. const. amend. I. *See e.g., Patel v. Trump et al.*, No. 1:20-cv-00758-RLY-MJD (S.D.I.N. Apr. 14, 2020), Dkt. No. 1 at 5 & 4 at 3; a 10in x 7in needs to be restored. There is also a ringing sound inside my head of low-pitch that causes my mental pain and suffering. The same sound has caused severe obesity and loss of interests in health and diet culture. Constantly requiring T.E.,E. Patel to file complaints in a deprivation of liberties and involuntary servitude. U.S. const. amends. I, XIII & XIV. Patriarchy is United States Constitutional law; each Defendant might be mentally disabled and possessed by toxic masculinity and anti-feminist ideologies. U.S. const. amend. XIV, § 1, cl. 3. Ambassador Haley has not issued an executive order, to the best of my knowledge, on recent demand. U.S. const. art. IV, §§ 1-2.

B. What date and approximate time did the events giving rise to your claim(s) occur?

7

    UN Ambassador Nikki Haley was an incumbent. President Harris and UN Ambassador LTG are incumbents and have failed to reasonably and seasonably respond this. Each have known since the first day in office.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    The facts are aforesaid. Each Defendant has failed to enforce the United States Constitution and U.N. Treaties which all cary the presumption of constitutionality. *Patel v. Trump et al.*, No. 1:20-cv-00758-RLY-MJD (S.D.I.N. Apr. 14, 2020), Dkt. No. 1 at 5 & 4 at 3; a 10in x 7in needs to be restored. Federalist No. 2, 42, & 80. See also U.S. const. art. IV, § 2 & art. VI, § 2.[2]

    Each Defendant is the proximate cause, and each Defendant is liable, per the law of contracts of contract-in-law, and must perform or effectuate ministerial duties right away to repair Patel's injuries and restore his Ordered Liberty.

    Patel, a pro se litigant, under § 1746, and *Erickson*, believes that there is good cause and compelling reason to seal this complaint.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

    Patel is under stress/depression and deprivation of Patel's giftedness and other human rights violations; unable to defend himself adequate in local, state, and federal courts; and Patel has a Big Tucker Act contract that is being ignored by the United States authorities, including in the Court of Federal Claims, possibly because of T.E.,E. Patel's on-going mental pain

---

[2]. Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the U.S. as treaty in 1992); Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the U.S. in 2009 as enforcement agreement); Convention on the Rts. of the Child, Art. 2 (effective in the USA in as enforcement agreement in 1995); Convention on the Elimination of All Forms of Discrimination against Women, Arts. 2, 5, 7, 10, 13, & 15 (enforcement agreement in U.S. in 1980) (Due Process Cl.-Equality, U.S. const. amend. XIV, § 2); Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the U.S. in 2009 as enforcement agreement); Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the U.S. as treaty in 1992); and Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Pt. I, Art. 2.3 (effective in the U.S. as treaty in 1994).

and suffering. T.E.,E. Patel has been invalidly deprived of his own Ordered Liberty and privileges and immunities under the South Carolina constitution, the Federal Constitution, U.S. const. art. IV, § 2, and other sister state laws and US treaties.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

>Issue mandamus, rule nisi, or order of specific performance for ministerial duties originating from the United States Constitution or law to either §§ 1361 & 1651. Expectation damages. Parasitic damages as to Donald J. Trump being free as he might have political pressures of keeping Patel in peril and prejudice against the title President? Money Damages. Oppressive damages. Perform gatekeeping process to allow Patel to adequately defend the contract.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 17, 2023.

Signature of Plaintiff /s/ Raj K. Patel

Printed Name of Plaintiff Raj K. Patel

9

**B.    For Attorneys**

  Date of signing: _____, 20__.

  Signature of Attorney _____

  Printed Name of Attorney _____
  Bar Number _____
  Name of Law Firm _____
  Address _____
  Telephone Number _____
  E-mail Address _____