Raj Patel
6850 E. 21st Street
Indianapolis, IW 46219

 

RECEIVED
USDC CLERK CHARLESTON SC
2023 OCT 24  AM 8:50

ITEM X-RAYED BY
USMS
10/24/23

Fed. Clerk of Dist. of S.C.
U.S. Dist. Cthouse
85 Broad Street
Charleston, SC 29401