UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Raj K. Patel, | ) | Case No. 2:23-cv-05324-DCN-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Kamala D. Harris; | ) | |
| Linda Thomas-Greenfield; | ) | |
| and Nikki Haley, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Raj K. Patel ("Plaintiff"), proceeding *pro se*, brings this civil action alleging violations of his constitutional rights pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). (Dkt. No. 1 at 3.)

     Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Based on an initial screening conducted pursuant to 28 U.S.C. § 1915(e)(2)(B), the undersigned is recommending that this action be summarily dismissed.

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS:**

     Plaintiff submitted an Application to Proceed Without Prepayment of Fees ("Form AO 240") (Dkt. No. 2), which is construed as a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1), (2). The application indicates that Plaintiff does not have sufficient funds to pay the filing fee at this time. Therefore, the motion for leave to proceed *in forma pauperis* (Dkt. No. 2) is **GRANTED** for the limited purpose of allowing the Court to consider the undersigned's recommendation of dismissal.

**MOTIONS FOR LEAVE TO FILE ELECTRONICALLY**

     In filing the instant Complaint, Plaintiff also submitted two motions seeking permission to file documents and receive notifications electronically. (Dkt. Nos. 3, 4.) Because Plaintiff's Complaint is subject to summary dismissal, these requests are now **moot**.

     However, even if Plaintiff's motions were not moot, the District of South Carolina's Local Civil Rules and Electronic Case Filing Policies and Procedures specifically provide that a *pro se* party may **not** register as a filing user to file electronically in the Court's Electronic Case Filing System. *See* Local Civil Rule 5.02(B); Electronic Case Filing Policies and Procedures.[1]

---

[1]   *See* http://www.scd.uscourts.gov/AttorneyResourceManuals/ECF/ECF_Policy_and_Procedures.pdf.

Instead, a *pro se* party must file papers in the traditional filing method—filing original paper documents bearing his or her signature. *Id.*

Accordingly, Plaintiff's motions for leave to file documents and receive notifications electronically (Dkt. Nos. 3, 4) are **DENIED**. To that end, the undersigned also warns Plaintiff that **he may not attempt to communicate with the Court electronically either**. It appears that he has sent the Court several emails since the inception of this action, which is not permissible. **Plaintiff must file any requests or documents on the record in compliance with the instructions below.**

**TO PLAINTIFF**:

You must place the civil action number listed above (No. 2:23-cv-05324-DCN-MGB) on any document you provide the Court. **Any future filings in this case must be sent to the Court at P.O. Box 835, Charleston, South Carolina 29402.** All documents requiring your signature shall be signed with your full legal name written in your own handwriting. You must *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, you must use letter-sized (8½ inches by 11 inches) paper only, write or type text on only one side of a sheet of paper, and not write or type on both sides of any sheet of paper. You must not write to the edge of the paper, but must instead leave one inch-margins on the top, bottom, and sides of each paper submitted.

You are ordered to always keep the Clerk of Court advised **in writing (P.O. Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If, as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

**TO THE CLERK OF COURT**:

The Clerk shall mail a copy of this Order and the Report and Recommendation filed contemporaneously herewith to Plaintiff. The Clerk shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

IT IS SO ORDERED.

November 8, 2023  
Charleston, South Carolina

_____  
MARY GORDON BAKER  
UNITED STATES MAGISTRATE JUDGE

Plaintiff's attention is directed to the **important warning** on the next page.

2

### IMPORTANT INFORMATION—PLEASE READ CAREFULLY

### WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

    (a) **Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    (c) **Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    (d) **Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information—such as driver's license numbers and alien registration numbers—may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).