IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>Plaintiff<br><br>v.<br><br>HARRIS et al.,<br><br>Defendants | EMERGENCY<br><br>No. 2:23-cv-05324-DCN-MGB |

**PROPOSED CLERK'S ORDER**

*SUA SPONTE* the Clerk of Court's Office having received and thoroughly reviewing new filings from *pro se* Plaintiff Mr. Raj K. Patel finds that he is unconstitutionally suffering from mental pain and suffering. 28 U.S.C. § 1651. U.S. const. amend. V.

Justice now requires regular gatekeeping functions be immediately performed by the United States through its sovereignty and hegemony in accord with Plaintiff Patel's own Ordered Liberties. See also 42 U.S.C. § 1981 (enforcing U.S. const. amend. XIV, §§ 1 & 5).

**THEREFORE, THE SAME IS ORDERED.**

DATED THIS _____ DAY OF NOVEMBER 2023.

*SO ORDERED.*

_____
THE HON. ROBIN L. BLUME
CLERK, UNITED STATES DISTRICT COURT

This is a non-appealable order.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Plaintiff's objections on 11/11/2023 to below individuals via Clerk of Court after approval of IFP:

US Attorney General
Merrick Garland
950 Pennsylvania Avenue NW
Washington, DC 20530
merrick.garland@usdoj.gov

US Attorney for the D.S.C.
Adair Ford Boroughs
Wells Fargo Building
1441 Main Street Suite 500
Columbia, SC 29201
USASC.WebContact@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

Political Science and Religion (cum laude), Emory University Class of 2014

- 2 -

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>HARRIS et al.,<br><br>*Defendants* | EMERGENCY<br><br>No. 2:23-cv-05324-DCN-MGB |

**PROPOSED ORDER**

The court being duly advised of the Magistrate Judge's Review and Recommendation on pro se Plaintiff's complaint and other filings at Dkt. 10, hereby, decides that the complaint is sufficient for urgent trial and resolution to be concluded by the end of this month and that the motions for e-filing and e-notice are hereby **GRANTED**.

Justice now requires regular gatekeeping functions be immediately performed by the United States through its sovereignty and hegemony in accord with Plaintiff Patel's own Ordered Liberties, including to more adequately defend the complaint.

**THEREFORE, THE SAME IS ORDERED.**

**DATED THIS _____ DAY OF NOVEMBER 2023.**

*SO ORDERED.*

_____
THE HON. DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Plaintiff's objections on 11/11/2023 to below individuals via Clerk of Court after approval of IFP:

US Attorney General
Merrick Garland
950 Pennsylvania Avenue NW
Washington, DC 20530
merrick.garland@usdoj.gov

US Attorney for the D.S.C.
Adair Ford Boroughs
Wells Fargo Building
1441 Main Street Suite 500
Columbia, SC 29201
USASC.WebContact@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

Political Science and Religion (cum laude), Emory University Class of 2014