Roy Pat
1289 Spring Lake Dr.
Brownsburg, IN 46112

INDIANAPOLIS IN 460

13 NOV 2023 PM 4 L

ITEM X-RAYED BY
USMS
AG 11/20/23

U.S. Dist. Ct. S. D.S.
Robin Blume
P.O. Box 835
Charleston, SC 29402

2023 NOV 20 AM 8:54

29402-083535

