Mr. Raj Patel
1239 Spring Lake Dr.
Brownsburg, IN 46112-8173



RECEIVED

2023 DEC -5 AM 11: 22



Clerk of D.S.C.
P.O. Box 835
Charleston, SC 29402

ITEM X-RAYED BY
USMS
12/5/23

