IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON
2024 JAN 12 AM 8:59

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>HARRIS et al.,<br><br>*Defendants* | No. 2:23-cv-05324-DCN-MGB<br><br>Dated: January 1, 2024 |

## PLAINTIFF'S SECOND AMENDED MOTION TO RECONSIDER

I, T.E. T.E. Mr. Raj Patel, the undersigned plaintiff *pro se*, respectfully move this D.S.C. to reconsider, in addition to Dkt. 16, to allow Plaintiff Patel to prosecute the matter, since the opposing party has been served (but the clerk still has to approve the summons), and allow the Defendants the opportunity to get sued and settle, allow summary judgement, or allow default judgement. 28 U.S.C. § 516.

Respectfully submitted,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 1 -

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Second Am. Motion to 1/1/2023 to below individuals via Clerk of Court after approval of IFP:

US Attorney General
Merrick Garland
950 Pennsylvania Avenue NW
Washington, DC 20530
merrick.garland@usdoj.gov

US Attorney for the D.S.C.
Adair Ford Boroughs
Wells Fargo Building
1441 Main Street Suite 500
Columbia, SC 29201
USASC.WebContact@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: October 17, 2023