UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV



NWAMAKA ANOWI
CLERK

TELEPHONE
(804) 916-2700

December 20, 2023

Robin L. Blume, Clerk
United States District Court
District of South Carolina
250 East North Street
Greenville, SC 29601

Re:  **Patel v. Garland, et al**
     2:23-cv-05324-DCN

Dear Clerk:

Review of the district court docket discloses that the district court is considering a post-judgment motion which, under Fed. R. App. P. 4(a)(4), has the effect of tolling the period in which to file a notice of appeal. A notice of appeal filed after entry of judgment but before disposition of such a motion becomes effective upon entry of an order disposing of the last such motion.

This court will treat the notice of appeal as filed as of the date the district court disposes of such motion and will docket the appeal following disposition of the motion. Please notify this court upon entry of an order disposing of the motion.

If a party wishes to appeal the district court's disposition of the motion, a notice of appeal or amended notice of appeal must be filed within the time prescribed for appeal, measured from entry of the order disposing of the last such motion.

Yours truly,

/s/ C. Bennett

cc:  Raj Patel

ITEM X-RAYED
BY USMS
DEM
1/8/24

2024 JAN 12 AM 8:59

FROM:
FedEX Office          (803) 799-3807
1111 Greene St
Columbia SC 29201
US

SHIP DATE: 05JAN24
ACTWGT: 0.04 LB
CAD: 251115902/WSXI3600

BILL 3rd PARTY

TO Clerk of DSC

315 South McDuffie Street 1st Floor

Anderson SC 29624
(317) 740-8001          REF:
INV:
PO:                     DEPT:




FedEx Ground
G

TRK# 7889 1074 5740

29624

9622 0417 3 (000 000 0000) 0 00 7889 1074 5740



0296    MON 01/08 02:46 SM-1D 5858293
CLERK OF DSC
315 S MCDUFFIE ST
FL 1
ANDERSON SC

241-3053        29624-1606-99   G
ETD: 2
SP:PD:100:Y