2024 JAN 12 AM 8:50

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
TIMOTHY M. CAIN
UNITED STATES DISTRICT JUDGE
G. ROSS ANDERSON, JR. FEDERAL BUILDING AND UNITED STATES COURTHOUSE
315 SOUTH MCDUFFIE STREET
ANDERSON, SOUTH CAROLINA 29624

X-RAYED BY
USMS
1/9

Clerk, U.S. District Court
P.O. Box 835
Charleston, S.C. 29402